## MATTHEW ABRAHAM *v.* COMMISSIONER OF CORRECTION
### (AC 29652)

Bishop, Lavine and Borden, Js.

Argued October 20—officially released November 17, 2009

Per Curiam. The appeal is dismissed.

## RONALD STRANO *v.* COMMISSIONER OF CORRECTION
### (AC 29778)

Lavine, Beach and McDonald, Js.

Argued October 22—officially released November 17, 2009

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* VICTOR AYALA
### (AC 30535)

Bishop, Harper and West, Js.

Submitted on briefs October 23—officially released November 17, 2009

Per Curiam. The judgment is affirmed.